# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00088-CR

**Joe Hernandez, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 426TH JUDICIAL DISTRICT
### NO. 66246, HONORABLE JOE CARROLL, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Hernandez appeals a judgment of conviction dated September 29, 2010. Notice of appeal was due 30 days from the date sentence was imposed. *See* Tex. R. App. P. 26.2(a). Notice of appeal in this case was due by October 29, 2010, and not filed until January 24, 2011. Because the notice of appeal was not timely filed, this Court does not have jurisdiction over the appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: May 17, 2011

Do Not Publish